UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MSP RECOVERY CLAIMS, SERIES LLC,
a Delaware entity,
Plaintiff,

v.                                                              3:20cv305(OAW)

THE HARTFORD FINANCIAL SERVICES
GROUP, INC., FIRST STATE INSURANCE
COMPANY, HARTFORD ACCIDENT and
INDEMNITY COMPANY, HARTFORD
CASUALTY INSURANCE COMPANY,
HARTFORD FIRE INSURANCE COMPANY,
HARTFORD INSURANCE COMPANY OF
ILLINOIS, HARTFORD INSURANCE
COMPANY OF THE MIDWEST, HARTFORD
INSURANCE COMPANY OF THE
SOUTHEAST, HARTFORD LLOYD'S
INSURANCE COMPANY, HARTFORD
UNDERWRITERS INSURANCE COMPANY,
MAXIMUM CASUALTY INSURANCE
COMPANY, NAVIGATORS INSURANCE
COMPANY, NAVIGATORS SPECIALTY
INSURANCE COMPANY, NEW ENGLAND
INSURANCE COMPANY, NUTMEG
INSURANCE COMPANY, PACIFIC
INSURANCE COMPANY, LIMITED,
PROPERTY AND CASAULTY INSURANCE
COMPANY OF HARTFORD, SENTINEL
INSURANCE COMPANY, LTD., TRUMBULL
INSURANCE COMPANY, and TWIN CITY
FIRE INSURANCE COMPANY,
Defendants.

## JUDGMENT

This action having come before the Court for consideration of the Exemplar Defendants' motion to dismiss, the No-Exemplar Defendants' motion to dismiss, and the Defendants' motion to strike class allegations before the Honorable Omar A. Williams, United States District Judge; and,

The Court having considered the motions and the full record of the case including applicable principles of law, and having granted the Exemplar Defendants' motion to dismiss, denying as moot the No-Exemplar Defendants' motion to dismiss, and the Defendants' motion to strike class allegations on August 22, 2022, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the complaint, and the case is closed.

Dated at Hartford, Connecticut, this 24th day of August, 2022.

DINAH MILTON KINNEY, CLERK

EOD: 8/24/22                    BY:  /s/ F. Velez
                                      Frances Velez
                                      Deputy Clerk